UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MARILYN N. BRIDGES, | ) | CASE NO.  12-05788-8-JRL |
| | ) | CHAPTER 13 |
| | ) | |
| DEBTOR. | ) | |

## OBJECTION TO CONFIRMATION

NOW COMES Wells Fargo Card Services (herein "Wells Fargo"), by and through its undersigned counsel, and hereby objects to confirmation of the Debtor's Chapter 13 Plan as proposed.

WHEREFORE, Wells Fargo respectfully requests that a hearing be scheduled on this matter by the Court.

This the 12th day of October, 2012.

KIRSCHBAUM, NANNEY, KEENAN & GRIFFIN, P.A.

By: s/   Pamela P. Keenan
       Pamela P. Keenan
       N.C. State Bar No. 20328
Attorneys for Wells Fargo Card Services
Post Office Box 19766
Raleigh, North Carolina, 27619
Telephone: (919) 848-0420
Facsimile:  (919) 848-4216
Email:  pkeenan@kirschlaw.com

CERTIFICATION OF SERVICE

The undersigned hereby certifies that on this day, she served a copy of the foregoing on the parties in interest either electronically or by depositing copies of same in a depository under the exclusive care and custody of the United States Postal Service, in a postage-paid envelope, addressed as follows:

Marilyn N. Bridges
5725 Murrayville Rd. #124
Wilmington, NC  28405

Robert J. Anderson
321 N. Front St.
Wilmington, NC  28401

Richard M. Stearns
1015 Conference Dr.
Greenville, NC  27858

This the 12th day of October, 2012.

s/  Gwen T. Best
Gwen T. Best
Paralegal